# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **National Railroad Passenger Corp.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 04-1457 (ESH) |
| ) | |
| **Lexington Insurance Co.,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Upon consideration of defendants' motion to dismiss plaintiff's complaint for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the opposition thereto, it is this 16th day of February 2005, hereby

**ORDERED** that defendant's motion is **DENIED**; and it is

**FURTHER ORDERED** that an initial scheduling conference is set for March 11, 2005 at 10:30 am.

                                                        s/
                                  ELLEN SEGAL HUVELLE
                                  United States District Judge